IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0116

IN THE MATTER OF

D.P., A.P., and A.P,

Youths in Need of Care

## ORDER GRANTING MOTION TO CONSOLIDATE

Upon consideration of Appellant Mother D.M.P.'s, Motion to Consolidate, and good cause appearing therefore, Appellant's motion is GRANTED and Cause Nos. DA 22-0116, DA 22-0117 and DA 22-0118 are hereby consolidated under Cause No. DA 22-0116 and henceforth captioned as above.

Electronically signed by:
Mike McGrath
ORDER
Chief Justice, Montana Supreme Court
April 28 2022